IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM CUFFY,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5809

Opinion filed March 29, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

William Cuffy, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of habeas corpus is denied on the merits.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.